

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Texas Department of Criminal Justice and
the Texas Workforce Commission,
Appellants

No. 06-21-00087-CV       v.

Benjamin LeFoumba, Appellee

Appeal from the County Court at Law No.
3 of Fort Bend County, Texas (Tr. Ct. No.
19-CCV-066338). Memorandum Opinion
delivered by Chief Justice Morriss, Justice
Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment affirming the Commission's decision that the appellee is not entitled to benefits.

We further order that the appellee, Benjamin LeFoumba, pay all costs of this appeal.

RENDERED MAY 26, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk